# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Petroleos de Venezuela, S.A., et al. v. MUFG Union Bank, N.A., et al.　　Docket No.: 25-2652

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Michael J. Gottlieb

Firm: Willkie Farr & Gallagher LLP

Address: 2029 Century Park East, Los Angeles, CA 90067-2905

Telephone: 310-855-3111　　Fax: 310-855-3099

E-mail: MGottlieb@willkie.com

Appearance for: PDV Holding, Inc. (Plaintiff-Counter-Defendant-Appellant)
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Kurt W. Hansson / Paul Hastings LLP )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 2024-12-10　　OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Michael J. Gottlieb

Type or Print Name: Michael J. Gottlieb