## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Petróleos de Venezuela, S.A., et al. v. MUFG Union Bank, N.A., et al.   Docket No.: 25-2652

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Kannon Shanmugam

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 2001 K Street NW, Washington, D.C. 20006-1047

Telephone: 202-223-7300   Fax: 202-223-7420

E-mail: kshanmugam@paulweiss.com

Appearance for: MUFG Union Bank, N.A. and GLAS Americas LLC / Defendants-Counter Claimants-Appellees
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Roberto Gonzalez / Paul, Weiss, Rifkind, Wharton & Garrison LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on November 21, 2022   OR

[ ] I applied for admission on _____.

Signature of Counsel: /s/ Kannon Shanmugam

Type or Print Name: Kannon Shanmugam