## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Petróleos de Venezuela, S.A., et al. v. MUFG Union Bank, N.A., et al.   Docket No.: 25-2652

Lead Counsel of Record (name/firm) or Pro se Party (name): Kannon Shanmugam / Paul, Weiss, Rifkind, Wharton & Garrison LLP

Appearance for (party/designation): MUFG Union Bank, N.A. and GLAS Americas LLC / Defendants-Counter Claimants-Appellees

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✓) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
     Parties: _____
( ) Incorrect.   Please change the following parties' designations:
     Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Kannon Shanmugam
Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP
Address: 2001 K Street NW, Washington, D.C. 20006-1047
Telephone: 202-223-7300                    Fax: 202-223-7420
Email: kshanmugam@paulweiss.com

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously.   The short title, docket number, and citation are:
Petróleos de Venezuela, S.A. v. MUFG Union Bank, N.A., Nos. 20-3858, -4127, 106 F.4th 263 (2d Cir. 2024)
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on November 21, 2022 OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Kannon Shanmugam
Type or Print Name: Kannon Shanmugam
       OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

Petróleos de Venezuela, S.A.

Plaintiff-Counter-Defendant – Appellant

PDVSA Petróleo, S.A.

Plaintiff-Counter-Defendant – Appellant

PDV Holding, Inc.

Plaintiff-Counter-Defendant - Appellant

--------------------------

MUFG Union Bank, N.A.

Defendant-Counter-Claimant - Appellee

GLAS Americas LLC

Defendant-Counter-Claimant - Appellee