## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Petróleos de Venezuela, S.A., et al. v. MUFG Union Bank, N.A., et al.  Docket No.: 25-2652

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Paul Paterson

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 1285 Avenue of the Americas, New York, NY 10019-6064

Telephone: 212-373-3000   Fax: 212-757-3990

E-mail: ppaterson@paulweiss.com

Appearance for: MUFG Union Bank, N.A. and GLAS Americas LLC / Defendants-Counter Claimants-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Kannon Shanmugam / Paul, Weiss, Rifkind, Wharton & Garrison LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 27, 2023   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Paul Paterson

Type or Print Name: Paul Paterson