## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Petroleos De Venezuela S.A. v. MUFG Union Bank, N.A.    **Docket No.:** 25-2652

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Alyxandra Vernon

**Firm:** Willkie Farr & Gallagher LLP

**Address:** 333 Bush St San Francisco, CA 94104

**Telephone:** 415 858 7468    **Fax:** 415 858 7599

**E-mail:** avernon@willkie.com

**Appearance for:** PDV Holding, Inc./ Plaintiff-Counter-Defendant-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Michael Gottlieb/Willkie Farr & Gallagher LLP)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 10/31/25    OR

☐ I applied for admission on _____.

**Signature of Counsel:** /s/ Alyxandra Vernon

**Type or Print Name:** Alyxandra Vernon