# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of November, two thousand twenty-five.

_____

| | |
|---|---|
| Petroleos De Venezuela, S.A., PDVSA Petroleo, S.A., PDV Holding, Inc., | **ORDER** |
|     Plaintiffs-Counter-Defendants-Appellants, | Docket No. 25-2652 |
|   v. | |
| MUFG Union Bank, N.A., GLAS Americas LLC, | |
|     Defendants-Counter-Claimants-Appellees. | |

_____

    Appellants move for permission to file a deferred appendix seven days after the filing of Appellants' reply brief. Appellees consent to the motion.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court
