# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of October, two thousand twenty-six.

Before: William J. Nardini,
Eunice C. Lee,
Beth Robinson,
*Circuit Judges*.

---

PETRÓLEOS DE VENEZUELA, S.A., PDVSA PETRÓLEO, S.A., PDV HOLDING, INC.,

Plaintiffs-Counter-Defendants-Appellants,

v.

MUFG UNION BANK, N.A., GLAS AMERICAS LLC,

Defendants-Counter-Claimants-Appellees.

**JUDGMENT**

Docket No. 25-2652

---

The appeal in the above captioned case from a partial final judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the partial final judgment of the district court is AFFIRMED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

