Show record details
This is a Perma.cc record
Captured October 15, 2026 3:51 pm
View Mode: Standard Screenshot
View the live page
What is Perma.cc?

An official website of the United States government Here's how you know





## VENEZUELA SANCTIONS

### 595. What does Venezuela-related General License 5Z authorize?

Search FAQs

Search FAQs

The President issued Executive Order (E.O.) 13835 on May 21, 2018. Subsection 1(a)(iii) of E.O. 13835 prohibits U.S. persons from engaging in transactions related to the sale, transfer, assignment, or pledging as collateral by the Government of Venezuela (GOV) of any equity interest in an entity owned 50 percent or more by the GOV. One effect of subsection 1(a)(iii) is to require authorization before U.S. persons may engage in certain transactions regarding any equity interest in an entity owned 50 percent or more by the GOV. Subsequent to the issuance of E.O. 13835, OFAC received inquiries about how and whether subsection 1(a)(iii) of E.O. 13835 could affect the ability to enforce bondholder rights to the CITGO shares serving as collateral for the Petróleos de Venezuela, S.A. (PdVSA) 2020 8.5 percent bond. OFAC issued General License (GL) 5 on July 19, 2018, which removed E.O. 13835 as an obstacle to holders of the PdVSA 2020 8.5 percent bond gaining access to their collateral.

General License 5 was replaced and superseded by General License 5A on October 24, 2019 with a delay in the effectiveness of the authorization in the general license. Since that date, OFAC has extended the delay in effectiveness multiple times. Most recently, OFAC issued General License 5Z on September 16, 2026, which further delays the effectiveness of the authorization in GL 5 until November 5, 2026. Between October 24, 2019 and November 5, 2026 (the date the authorization in General License 5Z becomes effective), there is no authorization in effect that licenses against subsection 1(a)(iii) of E.O. 13835 applicable to the holders of the PdVSA 2020 8.5 percent bond. As a result, during such period, transactions related to the sale or transfer of CITGO shares in connection with the PdVSA 2020 8.5 percent bond are prohibited, unless specifically authorized by OFAC.

To the extent an agreement may be reached on proposals to restructure or refinance payments due to the holders of the PdVSA

## Similar FAQs

1124. I am a party seeking to enforce bondholder rights to the shares of CITGO Holding serving as collateral for the Petróleos de Venezuela, S.A. (PdVSA) 2020 8.5 percent bond, pending the outcome of ongoing litigation. How can I preserve or enforce my bondholder rights consistent with the Venezuela Sanctions Regulations, 31 CFR part 591 (VSR)?

1245. What activities are authorized by Venezuela General License (GL) 52C, "Authorizing Certain Transactions Involving Petróleos de Venezuela, S.A."?

511. For purposes of Executive Order (E.O.) 13808, what does OFAC interpret to be debt and equity? Can U.S. financial institutions continue to maintain correspondent accounts and process U.S. dollar-clearing transactions for the entities subject to these sanctions?

661. What does General License 9H authorize with respect to Petróleos de Venezuela, S.A. (PdVSA) debt and equity and what are the implications for U.S. and non-U.S. persons?

596. Does E.O. 13835 prohibit me from attaching and executing against assets of the Government of Venezuela, including vessels, properties, or financial assets, if I have a legal judgment against the Government of Venezuela?

659. Does Venezuela-related

Cited in Petróleos v. MUFG, no. 25-2652, archived on 10/27/2026
This document is protected by copyright. Further reproduction is prohibited without permission.

restructure or refinance payments due to the holders of the PdVSA 2020 8.5 percent bond, additional licensing requirements may apply. OFAC would encourage parties to apply for a specific license and would have a favorable licensing policy toward such an agreement.

**Date Updated: September 16, 2026**

January 20, 2022

633. Does Venezuela-related General License 12 authorize U.S. persons to export goods, services, and technology from the United States to Petróleos de Venezuela, S.A. (PdVSA) or any entity in which it owns, directly or indirectly, a 50 percent or greater interest during the wind-down period?

OFFICE OF TERRORISM AND FINANCIAL INTELLIGENCE

**ADDITIONAL RESOURCES**

- Privacy Act
- Small Business Contacts
- Budget and Performance
- TreasuryDirect.gov Securities/Bonds
- Freedom of Information Act (FOIA)
- No FEAR Act Data
- Whistleblower Protection

**HELPFUL OFAC LINKS**

- Sign Up For OFAC E-mail Alerts
- Contact OFAC
- Dealing with an "OFAC Alert"
- List of Country-related Sanctions
- Appeal an OFAC designation or other listing

**OTHER GOVERNMENT SITES**

- USA.gov
- USAJOBS.gov
- OPM.gov
- MyMoney.gov
- Data.gov

Privacy Policy • Google Privacy • Site Policies and Notices • Accessibility

Cited in Petróleos v. MUFG, no. 25-2652, archived on 10/27/2026

This document is protected by copyright. Further reproduction is prohibited without permission.